REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
*Attorneys for Defendant*
*Otis Elevator Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVIN JESSEE,<br><br>Plaintiff,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive<br><br>Defendants. | CASE NO. 2:24-cv-00931-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by John B. Shook, Esq., attorney for the Plaintiff DEVIN JESSEE, and Rebecca L. Mastrangelo of Rogers, Mastrangelo, Carvalho & Mitchell, attorneys for Defendant OTIS ELEVATOR COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear its own costs and attorney's fees

DATED this 2nd day of January, 2025.

ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

/s/ Rebecca L. Mastrangelo

_____
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Otis Elevator Company*

DATED this 2nd day of January, 2025.

SHOOK & STONE, CHTD.

/s/ John B. Shook

_____
John B. Shook, Esq.
Nevada Bar No. 5499
710 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Devin Jessee*

**IT IS SO ORDERED.**

Dated this __3__ day of January, 2025.

_____
U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 2 of 2